UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:26-cr-46-SPC-NPM

RAYMOND LEON HOWARD
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Moton for Preliminary Order of Forfeiture. (Doc. 33). Now that the Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the following assets which were seized on or about January 6, 2026:

1.    a Winchester 12 gauge shotgun bearing serial number N1133316,

2.    a Kel-Tec 9mm semiautomatic pistol bearing serial number AA6803,

3.    a Smith & Wesson .40 caliber semiautomatic pistol bearing serial number FZV6673,

4.    a SCCY 9mm semiautomatic pistol bearing serial number C111078,

5.    a Savage Arms 22LR caliber semiautomatic rifle bearing serial number L303323, and

6.    assorted ammunition.

*See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is hereby:

**ORDERED**:

The Unites States' Motion for Preliminary Order of Forfeiture (Doc. 33) is **GRANTED**.

1.  The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2.  This Order will become a final order of forfeiture as to Defendant at Sentencing.

3.  Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE and ORDERED** in Fort Myers, Florida on May 27, 2026.

SHERI POLSTER CHAPPELL
**UNITED STATES DISTRICT JUDGE**

2

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record